# Exhibit I













Case 1:90-cr-01018-DLI   Document 454-9   Filed 02/15/17   Page 9 of 11 PageID #: 2502





